THE STATE *ex rel.* LIPPERD, Administrator, etc., *v.* CAR-
RINGTON and Others.

Where a cause, by agreement, is referred to a commissioner to take·

accounts, without an answer having been filed to the complaint, the consent cures the error. ·

APPEAL from the *Ripley* Common Pleas.

PERKINS, J.—Suit for review.  Judgment for defendants.

The error alleged to appear of record, is the reference of a cause, by agreement of parties, to a commissioner, to take accounts, without an answer having been filed to the complaint.

We think consent cured the error.  The error alleged to exist in the report of the commissioner, if, indeed, it did exist, was left uncorrected, by the inexcusable negligence of the party concerned.

*Per Curiam.*—The judgment is affirmed, with costs.

*E. P. Ferris*, for the appellant.